

IN THE
TENTH COURT OF APPEALS

_____

No. 10-09-00130-CR

EX PARTE D.J. LANINGHAM

_____

Original Proceeding

MEMORANDUM OPINION

D.J. Laningham has filed an application for writ of habeas corpus with us under Article 11.07 of the Code of Criminal Procedure with respect to his felony conviction for failure to verify sex-offender registration within a ninety-day period. We affirmed that judgment of conviction on July 11, 2007. *See Laningham v. State,* No. 10-06-00099-CR, 2007 WL 2004955 (Tex. App.—Waco July 11, 2007, pet. ref'd).

An intermediate court of appeals has no jurisdiction over post-conviction writs of habeas corpus in felony cases. *See Ex parte Martinez,* 175 S.W.3d 510, 512-13 (Tex. App.—Texarkana 2005, orig. proceeding) (citing TEX. CODE CRIM. PROC. ANN. art. 11.07(3)(a), (b)); *Self v. State,* 122 S.W.3d 294, 294-95 (Tex. App.—Eastland 2003, no pet.) (same).

Because we have no jurisdiction over this post-conviction habeas corpus proceeding, we dismiss it.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Dismissed
Opinion delivered and filed June 17, 2009
Do not publish
[CRPM]